UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

    Plaintiff,　　　　　　　　　　　　Case No. 2:21-cv-12704
　　　　　　　　　　　　　　　　　　　　District Judge Paul D. Borman
v.

S. LANDFAIR, et al.,

    Defendants.

_____/

## ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE (ECF No. 8)

This is a prisoner civil rights case. On December 10, 2021, the case was stayed so that the parties could participate in the *pro se* prisoner early mediation program. (ECF No. 6). By terms of the stay order, the parties were not permitted to file any pleadings or papers during the stay. (*Id*.). Plaintiff, however, recently filed a letter requesting the appointment of counsel. (ECF No. 8). Because the stay order specifically prevents the parties from filing motions or other requests during the mediation process, Plaintiff's request for the appointment of counsel will be denied without prejudice. Moreover, the early mediation program is designed to have prisoner plaintiffs participate without counsel. Staying the case and preventing the parties from filing pleadings or papers during mediation also

encourages good-faith and fosters an environment for mediation to succeed. If mediation does not result in a settlement, Plaintiff may renew his request after the stay is lifted if he chooses.

Accordingly, Plaintiff's request for the appointment of counsel is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated: January 26, 2022  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 26, 2022.

s/Carolyn M. Ciesla  
CAROLYN M. CIESLA  
Case Manager